UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,<br><br>Defendants. | Case No.: 1:24-cv-21050-CMA |

### NOTICE OF FILING EXHIBIT A TO COMPLAINT [D.E. 1]

Plaintiff President Donald J. Trump, by and through his counsel, hereby files Exhibit "A" to the Complaint and Demand for Jury Trial [D.E. 1].

Date: March 19, 2024

Respectfully submitted,

**BRITO, PLLC**
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
      **ALEJANDRO BRITO**
      Florida Bar No. 098442
      Primary: abrito@britopllc.com
      Secondary: apiriou@britopllc.com