**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case Number 24-cv-21050-CMA**

PRESIDENT DONALD J. TRUMP, an individual,

                 Plaintiff,

    v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

                 Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR CERTAIN DEFENDANTS TO RESPOND TO COMPLAINT AND TO SET A UNIFORM RESPONSE DATE FOR ALL DEFENDANTS**

THIS CAUSE comes before the Court on Defendants' Unopposed Motion for Extension of Time for Certain Defendants (American Broadcasting Companies, Inc. and ABC News, Inc.) to Respond to Complaint and to Set a Uniform Response Date for all Defendants. The Court finds that good cause exists for this Motion. Accordingly, having reviewed pertinent parts of the record, and being otherwise fully advised in the premises thereof, it is hereby **ORDERED AND ADJUDGED** as follows:

The Unopposed Motion for Extension of Time to Respond to Complaint is **GRANTED**. All Defendants shall file their response to the Complaint no later than May 10, 2024.

**DONE AND ORDERED** in Chambers in Miami, Florida this \_\_\_\_ day of March 2024.

                                                                      _____
                                                                      CECILIA M. ALTONAGA
                                                                       United States District Judge

Copies furnished to:
All Counsel of Record