UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number 24-cv-21050-CMA

PRESIDENT DONALD J. TRUMP, an individual,

           Plaintiff,

  v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

           Defendants.

**DEFENDANTS AMERICAN BROADCASTING COMPANIES, INC. AND ABC NEWS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants American Broadcasting Companies, Inc. and ABC News, Inc. certify that they are indirect, wholly owned subsidiaries of the Walt Disney Company, which is a publicly traded company (NYSE: DIS). No other publicly held corporations own 10% or more of the Walt Disney Company's stock.

Dated: March 27, 2024

                                            Respectfully Submitted,

                                            SHULLMAN FUGATE PLLC

                                            **Rachel E. Fugate**
                                            Rachel E. Fugate (Florida Bar No. 144029)
                                            rfugate@shullmanfugate.com
                                            Minch Minchin (Florida Bar No. 1015950)
                                            mminchin@shullmanfugate.com
                                            2101 Vista Parkway Suite 4006
                                            West Palm Beach, Florida 33411
                                            (813) 935-5098

DAVIS WRIGHT TREMAINE LLP

Nathan Siegel (*pro hac vice forthcoming*)
1301 K Street NW, Suite 500
Washington, DC 20005
Phone: 202-973-4237
Email: nathansiegel@dwt.com

Elizabeth A. McNamara (*pro hac vice forthcoming*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com

*Attorneys for Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos*