UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21050-CMA

DONALD J. TRUMP,

    PLAINTIFF,

v.

AMERICAN BROADCASTING COMPANIES, INC.,
ABC NEWS, INC., GEORGE STEPHANOPOULOS,

    DEFENDANTS.

_____/

**MOTION FOR ELIZABETH A. MCNAMARA TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorney of the United Stated District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Elizabeth A. McNamara of the law firm Davis Wright Tremaine LLP (located at 1251 Avenue of the Americas, 21st Floor, New York, NY 10020, and with a phone number of 212-489-8230), for purposes of appearance as co-counsel on behalf of Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Elizabeth A. McNamara to receive electronic filings in this case, and in support thereof states as follows:

    1.    Elizabeth A. McNamara is not admitted to practice in the Southern District of Florida. She is a member in good standing and eligible to practice in New York (NY Bar No. 1930643); she has also been admitted to practice before the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New

York, the United States District Court for the Western District of New York, the United States District Court for the Eastern District of Michigan, as well as the United States Court of Appeals, First Circuit; the United States Court of Appeals, Second Circuit; the United States Court of Appeals, Third Circuit; the United States Court of Appeals, Fourth Circuit; the United States Court of Appeals, Seventh Circuit; the United States Court of Appeals, Ninth Circuit; the United States Court of Appeals, Eleventh Circuit; and the United States Supreme Court.

2. Movant, Rachel E. Fugate, of the law firm Shullman Fugate PLLC (located at 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411, and with a phone number of 813-935-5098), is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Elizabeth A. McNamara has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Elizabeth A. McNamara, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to her at the following email address: lizmcnamara@dwt.com.

WHEREFORE, Rachel E. Fugate, moves this Court to enter an Order permitting Elizabeth A. McNamara to appear before this Court on behalf of Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos for all purposes relating to the proceedings in the above-styled matter, and directing the Clerk to provide notice of electronic filings to Elizabeth A. McNamara.

Date: March 27, 2024

Respectfully submitted,

*Rachel E. Fugate*
Rachel E. Fugate (Fla. Bar No. 144029)
Minch Minchin (Fla. Bar No. 1015950)
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Tel.: 813-935-5098
rfugate@shullmanfugate.com
mminchin@shullmanfugate.com

*Counsel for American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21050-CMA

DONALD J. TRUMP,

    PLAINTIFF,

v.

AMERICAN BROADCASTING COMPANIES, INC.,
ABC NEWS, INC., GEORGE STEPHANOPOULOS,

    DEFENDANTS.
_____/

## CERTIFICATION OF ELIZABETH A. MCNAMARA

Elizabeth A. McNamara, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of and currently eligible to practice law in the State of New York (Bar Number 1930643); and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*Elizabeth A. McNamara*
Elizabeth A. McNamara