UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21050-CMA

DONALD J. TRUMP,

    PLAINTIFF,

v.

AMERICAN BROADCASTING COMPANIES, INC.,
ABC NEWS, INC., GEORGE STEPHANOPOULOS,

    DEFENDANTS.
_____/

**ORDER GRANTING ELIZABETH A. MCNAMARA'S MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Elizabeth A. McNamara, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Elizabeth A. McNamara may appear and participate in this action on behalf of American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos. The Clerk shall provide electronic notification of all electronic filings to Elizabeth A. McNamara, at lizmcnamara@dwt.com.

DONE AND ORDERED in Chambers at Miami, Florida, this _____ day of March 2024.

_____
The Hon. Cecilia M. Altonaga

Copies furnished to: All Counsel of Record