UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21050-CMA

DONALD J. TRUMP,

    PLAINTIFF,

v.

AMERICAN BROADCASTING COMPANIES, INC.,
ABC NEWS, INC., GEORGE STEPHANOPOULOS,

    DEFENDANTS.

_____/

**MOTION FOR NATHAN SIEGEL TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorney of the United Stated District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Nathan Siegel of the law firm Davis Wright Tremaine LLP (located at 1301 K Street NW, Suite 500, Washington, DC 20005, and with a phone number 212-489-8230), for purposes of appearance as co-counsel on behalf of Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Nathan Siegel to receive electronic filings in this case, and in support thereof states as follows:

    1.    Nathan Siegel is not admitted to practice in the Southern District of Florida. He is a member in good standing and eligible to practice in New York (NY Bar No. 2952711), as well as in the District of Columbia and Maryland; he has also been admitted to practice before the United States District Courts for the Northern and Southern Districts of New York, the Eastern

District of Texas, the District of Maryland, the District of Columbia and the United States Courts of Appeal for the Second, Third, Fourth, Ninth and District of Columbia Circuits. Mr. Siegel is also a member in good standing of the Supreme Court of the United States.

2. Movant, Rachel E. Fugate, of the law firm Shullman Fugate PLLC (located at 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411, and with a phone number of 813-935-5098), is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Nathan Siegel has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Nathan Siegel, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at the following email address: nathansiegel@dwt.com.

WHEREFORE, Rachel E. Fugate, moves this Court to enter an Order permitting Nathan Siegel to appear before this Court on behalf of Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos for all purposes relating to the proceedings in

the above-styled matter, and directing the Clerk to provide notice of electronic filings to Nathan Siegel.

Date: March 27, 2024

                                         Respectfully submitted,

*Rachel E. Fugate*
Rachel E. Fugate (Fla. Bar No. 144029)
Minch Minchin (Fla. Bar No. 1015950)
SHULLMAN FUGATE PLLC
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Tel.: 813-935-5098
rfugate@shullmanfugate.com
mminchin@shullmanfugate.com

*Counsel for American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21050-CMA

DONALD J. TRUMP,

    PLAINTIFF,

v.

AMERICAN BROADCASTING COMPANIES, INC.,
ABC NEWS, INC., GEORGE STEPHANOPOULOS,

    DEFENDANTS.
_____/

## CERTIFICATION OF NATHAN SIEGEL

Nathan Siegel, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of and currently eligible to practice law in the State of New York (Bar Number 2952711); and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*Nathan Siegel*
Nathan Siegel