UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:24-cv-21050-CMA

DONALD J. TRUMP,

    PLAINTIFF,

v.

AMERICAN BROADCASTING COMPANIES, INC.,
ABC NEWS, INC., GEORGE STEPHANOPOULOS,

    DEFENDANTS.

_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**

Minch Minchin of Shullman Fugate PLLC hereby gives notice of his appearance as counsel on behalf of Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos. The certificate of service for all pleadings, orders, and other papers in this action should include **Minch Minchin** at Shullman Fugate PLLC, 2101 Vista Parkway, Suite 4006, West Palm Beach, FL 33411, and mminchin@shullmanfugate.com and pleadings@shullmanfugate.com.

    Respectfully submitted,

    **Minch Minchin**
    Minch Minchin (FBN 1015950)
    mminchin@shullmanfugate.com
    Shullman Fugate PLLC
    2101 Vista Parkway, Suite 4006
    West Palm Beach, FL 33411
    Tel: (904) 914-3070

    *Attorney for Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos*