UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21050-CIV-ALTONAGA/Reid

**PRESIDENT DONALD J. TRUMP**,

    Plaintiff,

v.

**AMERICAN BROADCASTING COMPANIES, INC.**; *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Unopposed Motion for Extension of Time for Certain Defendants to Respond to Complaint and to Set a Uniform Response Date for all Defendants [ECF No. 5]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants shall file their combined response or separate answers to the Complaint no later than **May 10, 2024**.

**DONE AND ORDERED** in Miami, Florida, this 28th day of March, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record