UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21050-CIV-ALTONAGA/Reid

**PRESIDENT DONALD J. TRUMP**,

    Plaintiff,
v.

**AMERICAN BROADCASTING COMPANIES, INC.**; *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on the Motion to Appear *Pro Hac Vice* for Elizabeth A. McNamara, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [ECF No. 7]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Elizabeth A. McNamara may appear and participate in this action on behalf of American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos. The Clerk shall provide electronic notification of all electronic filings to Elizabeth A. McNamara, at lizmcnamara@dwt.com.

**DONE AND ORDERED** in Miami, Florida, this 28th day of March, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record