UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number 24-cv-21050-CMA

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

 v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

    Defendants.

## DEFENDANT GEORGE STEPHANOPOULOS' CERTIFICATE OF INTERESTED PERSONS

Defendant George Stephanopoulos ("Stephanopoulos") herby certifies the following, pursuant to the Court's Order Requiring Scheduling Report and Certificates of Interested Parties (D.E. 13):

 1. The name of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal related entities related to any party in the case:

  a. ABC News, Inc. is a co-defendant in this action. It is an indirect, wholly owned subsidiary of the Walt Disney Company, which is a publicly traded company (NYSE: DIS). No other publicly held corporations own 10% or more of the Walt Disney Company's stock.

      b.      American Broadcasting Companies, Inc. is a co-defendant in this action. It is an indirect, wholly owned subsidiary of the Walt Disney Company, which is a publicly traded company (NYSE: DIS). No other publicly held corporations own 10% or more of the Walt Disney Company's stock.

      c.      Davis Wright Tremaine LLP is counsel for Stephanopoulos, as identified herein.

      d.      Rachel E. Fugate is counsel for Stephanopoulos, as identified herein.

      e.      Elizabeth A. McNamara is counsel for Stephanopoulos, as identified herein.

      f.      Minch Minchin is counsel for Stephanopoulos, as identified herein.

      g.      Shullman Fugate PLLC is counsel for Stephanopoulos, as identified herein.

      h.      Nathan Siegel is counsel for Stephanopoulos, as identified herein.

      i.      Defendant Stephanopoulos is an employee of American Broadcasting Companies, Inc.

      j.      Any persons disclosed by other parties to this action pursuant to (D.E. 13).

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated: April 8, 2024

                            Respectfully Submitted,

                            SHULLMAN FUGATE PLLC

                            **Rachel E. Fugate**
                            Rachel E. Fugate (Florida Bar No. 144029)
                            rfugate@shullmanfugate.com
                            Minch Minchin (Florida Bar No. 1015950)
                            mminchin@shullmanfugate.com
                            2101 Vista Parkway Suite 4006
                            West Palm Beach, Florida 33411
                            (813) 935-5098

DAVIS WRIGHT TREMAINE LLP

Nathan Siegel (*pro hac vice*)
1301 K Street NW, Suite 500
Washington, DC 20005
Phone: 202-973-4237
Email: nathansiegel@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com

*Attorneys for Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos*