UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

PRESIDENT DONALD J. TRUMP, an individual,

Plaintiff,

v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

Defendants.

Case No.: 1:24-cv-21050-CMA

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff President Donald J. Trump ("Plaintiff"), by and through undersigned counsel and pursuant to the March 28, 2024 Order [DE 13], hereby submits his Certificate of Interested Parties as follows:

Plaintiff certifies, based on his information and belief, that the following persons and entities may have a financial interest in the outcome of this case:

1. President Donald J. Trump, Plaintiff.
2. American Broadcasting Companies, Inc., Defendant.
3. ABC News, Inc., Defendant.
4. George Stephanopoulos, Defendant.
5. Alejandro Brito, Plaintiff's counsel.
6. Brito, PLLC, Plaintiff's counsel.
7. Rachel E. Fugate, Defendants' counsel.
8. Minch Minchin, Defendants' counsel.

9. Shullman Fugate PLLC, Defendants' counsel.

10. Elizabeth A. McNamara, Defendants' counsel.

11. Nathan Siegel, Defendants' counsel.

12. Davis Wright Tremaine LLP, Defendants' counsel.

Dated April 8, 2024         Respectfully submitted,

**BRITO, PLLC**
*Counsel for Plaintiff*
2121 Ponce de Leon Boulevard
Suite 650
Miami, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
    **ALEJANDRO BRITO**
    Florida Bar No. 098442
    abrito@britopllc.com
    apiriou@britopllc.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 8, 2024 the foregoing was served via the Court's CM/ECF System upon:

SHULLMAN FUGATE PLLC
Rachel E. Fugate, Esq.
Minch Minchin, Esq.
2101 Vista Parkway Suite 4006
West Palm Beach, Florida 33411
rfugate@shullmanfugate.com
mminchin@shullmanfugate.com

DAVIS WRIGHT TREMAINE LLP
Nathan Siegel (*pro hac vice*)
1301 K Street NW, Suite 500
Washington, DC 20005
nathansiegel@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
lizmcnamara@dwt.com

*Counsel for Defendants*

By: /s/ *Alejandro Brito*