# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,<br><br>Defendants. | Case No.: 1:24-cv-21050-CMA |

**PROPOSED SCHEDULING ORDER SETTING
<u>CIVIL TRIAL DATE AND PRETRIAL SCHEDULE</u>**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on _____. The **Calendar Call** will beheld at **9:30 a.m. on** _____. A **Status Conference** will be held at **10:00 a.m. on** _____. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Exchange of initial disclosures by | **[4/29/2024]** |
| 2. | Defendants' Motion to Dismissed filed by | **[5/10/2024]** |
| 3. | Joinder of any additional parties and filing of motions to amend the complaint by | **[5/20/2024]** |
| 4. | Written lists containing the names and addresses of all fact witnesses intended to be called at trial by | **[10/16/2024]** |
| 5. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[12/20/2024]** |

| | | |
|---|---|---|
| 6. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **[2/3/2024]** |
| 7. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **[11/25/2024]** |
| 8. | Fact discovery shall be completed by<br>**[at least five months before Trial date]** | **[12/20/2024]** |
| 9. | Expert discovery shall be completed by<br>**[at least five months before Trial date]** | **[2/1/2025]** |
| 10. | Dispositive motions, including those regarding summary judgment and *Daubert*, shall be filed by<br>**[at least four months before Trial date]** | **[3/1/2024]** |
| 11. | Mediation shall be completed by<br>**[at least three months before Trial date]** | **[3/29/2025]** |
| 12. | All pretrial motions and memoranda of law, including motions in limine, shall be filed by<br>**[at least two months before Trial date]** | **[5/1/2025]** |
| 13. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by<br>**[at least one month before Trial date]** | **[6/3/2025]** |
| 14. | Electronic versions of documentary exhibits and Certificates of Compliance re Admitted Evidence shall be filed on CM/ECF by<br>**[no later than 48 hours prior to Calendar Call]** | **[6/28/2025]** |