## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 1:24-cv-21050-CMA

DONALD J. TRUMP,

      PLAINTIFF,

v.

AMERICAN BROADCASTING COMPANIES, INC.,
ABC NEWS, INC., GEORGE STEPHANOPOULOS,

      DEFENDANTS.

_____/

### JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (D.E. 19) and Local Rule 16.2, the Parties have conferred on the selection of a mediator. The Parties jointly notify the Court that they have selected Alan Fine to serve as mediator in this action.

Date: April 29, 2024

          Respectfully submitted,

          *Rachel E. Fugate*
          Rachel E. Fugate (Fla. Bar No. 144029)
          Minch Minchin (Fla. Bar No. 1015950)
          SHULLMAN FUGATE PLLC
          2101 Vista Parkway, Suite 4006
          West Palm Beach, FL 33411
          Tel.: 813-935-5098
          rfugate@shullmanfugate.com
          mminchin@shullmanfugate.com

          Nathan Siegel (*pro hac vice*)
          1301 K Street NW, Suite 500
          Washington, DC 20005
          Phone: 202-973-4237
          Email: nathansiegel@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com

*Counsel for American Broadcasting Companies,*
*Inc., ABC News, Inc., and George*
*Stephanopoulos*

<u>*Alejandro Brito*</u>
Alejandro Brito (Fla. Bar No. 098442)
BRITO, PLLC
2121 Ponce de Leon Blvd., Suite 650
Coral Gables, FL 33134
Tel.: 305.614.4071
abrito@britopllc.com
apiriou@britopllc.com

*Counsel for Pres. Donald J. Trump*

## <u>CERTIFICATE OF COMPLIANCE WITH CM/ECF PROCEDURE 3J(3)</u>

I HEREBY CERTIFY that, pursuant to CM/ECF Administrative Procedure 3J(3),

counsel for Plaintiff consented to the filing of this Joint Notice of Selection of Mediator.

.

<u>*Rachel E. Fugate*</u>
Rachel E. Fugate

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP,<br><br>        Plaintiff,<br><br>    v.<br><br>AMERICAN BROADCASTING COMPANIES, INC.,<br>ABC NEWS, INC., GEORGE STEPHANOPOULOS,<br><br>        Defendants. | Case No.: 1:24-cv-21050-CMA |

## [PROPOSED] ORDER SCHEDULING MEDIATION

        The mediation conference in this matter shall be held with Retired Judge Alan Fine on December 5, 2024 at 10:00 a.m. via ZOOM. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

ENTERED this ___ day of _____, 2024.

_____
JUDGE CECILIA M. ALTONAGA
CHIEF JUDGE

Copies furnished:
All counsel of record