UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21050-CIV-ALTONAGA/Reid

**PRESIDENT DONALD J. TRUMP**,

    Plaintiff,
v.

**AMERICAN BROADCASTING COMPANIES, INC.**; *et al.*,

    Defendants.
_____/

**ORDER**

THIS CAUSE came before the Court on Defendants' Motion for Leave to Conventionally File Audiovisual Exhibit [ECF No. 22]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defendants may conventionally file the audiovisual exhibit.

**DONE AND ORDERED** in Miami, Florida, this 10th day of May, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record