# EXHIBIT 3

Audiovisual Exhibit
On File with the Court