# EXHIBIT 4

PageVault

| | |
|---|---|
| Document title: | Judge clarifies: Yes, Trump was found to have raped E. Jean Carroll - The Washington Post |
| Capture URL: | https://www.washingtonpost.com/politics/2023/07/19/trump-carroll-judge-rape/ |
| Page loaded at (UTC): | Fri, 10 May 2024 15:32:32 GMT |
| Capture timestamp (UTC): | Fri, 10 May 2024 15:34:02 GMT |
| Capture tool: | 10.47.3 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 8 |
| Capture ID: | uDeCcVoxu8gYeq44hCcrgx |
| User: | dwt-tonyguzman |

PDF REFERENCE #:    rHyW7zbZQ393UTZDn3cX6J



POLITICS  Biden administration  **The Fix**  The 202s  Polling  Democracy in America  Election 2024

# Judge clarifies: Yes, Trump was found to have raped E. Jean Carroll

Analysis by Aaron Blake
Staff writer
July 19, 2023 at 1:15 p.m. EDT



Former president and Republican presidential candidate Donald Trump leaves the opening of his campaign headquarters in Manchester, N.H., last month. (Reba Saldanha/Reuters)

🎧 Listen 3 min    ↗ Share    💬 Comment 1019    🔖 Save

After Donald Trump was found liable for sexually abusing and defaming E. Jean Carroll, his legal team and his defenders lodged a frequent talking point.

Despite Carroll's claims that Trump had raped her, they noted, the jury stopped short of saying he committed that particular offense. Instead, jurors opted for a second option: sexual abuse.

---

Document title: Judge clarifies: Yes, Trump was found to have raped E. Jean Carroll - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/2023/07/19/trump-carroll-judge-rape/
Capture timestamp (UTC): Fri, 10 May 2024 15:34:02 GMT

Page 1 of 7

Despite Carroll's claims that Trump had raped her, they noted, the jury stopped short of saying he committed that particular offense. Instead, jurors opted for a second option: sexual abuse.

Cut through the 2024 election noise. Get The Campaign Moment newsletter. →

"This was a rape claim, this was a rape case all along, and the jury rejected that — made other findings," his lawyer, Joe Tacopina, said outside the courthouse.

A judge has now clarified that this is basically a legal distinction without a real-world difference. He says that what the jury found Trump did was in fact rape, as commonly understood.

The filing from Judge Lewis A. Kaplan came as Trump's attorneys have sought a new trial and have argued that the jury's $5 million verdict against Trump in the civil suit was excessive. The reason, they argue, is that sexual abuse could be as limited as the "groping" of a victim's breasts.

Advertisement

Kaplan roundly rejected Trump's motion Tuesday, calling that argument "entirely unpersuasive."

"The finding that Ms. Carroll failed to prove that she was 'raped' within the meaning of the New York Penal Law does not mean that she failed to prove that


★★★★★
"LIVESAVERS! I can walk PAIN-FREE for the first time in years."
- Donna P.
OrthOFeet

**MOST READ POLITICS** →

1  Live updates: Witness testimony continues in Trump's hush money trial

2  Paul Manafort, poised to rejoin Trump world, aided Chinese media deal

3  Trump team throws out GOP plan and builds a 'leaner' 2024 operation

4  Analysis | RFK Jr's 'history lesson' on Russia's invasion of Ukraine flunks the fact test

5  Checks, not sex, and other takeaways from Trump's New York hush money trial

"The finding that Ms. Carroll failed to prove that she was 'raped' within the meaning of the New York Penal Law does not mean that she failed to prove that Mr. Trump 'raped' her as many people commonly understand the word 'rape,' " Kaplan wrote.

He added: "Indeed, as the evidence at trial recounted below makes clear, the jury found that Mr. Trump in fact did exactly that."

Kaplan said New York's legal definition of "rape" is "far narrower" than the word is understood in "common modern parlance."

Follow Election 2024

The former requires forcible, unconsented-to penetration with one's penis. But he said that the conduct the jury effectively found Trump liable for — forced digital penetration — meets a more common definition of rape. He cited definitions offered by the American Psychological Association and the Justice Department, which in 2012 expanded its definition of rape to include penetration "with any body part or object."

Kaplan also flatly rejected the Trump team's suggestion that the conduct Trump was found liable for might have been as limited as groping of the breasts.

The reason? Trump was not accused of that, so the only alleged offense that would have qualified as "sexual abuse" was forced digital penetration. Beyond that, Trump was accused of putting his mouth on Carroll's mouth and pulling down her tights, which Kaplan noted were not treated as alleged sexual abuse at trial.

"The jury's finding of sexual abuse therefore necessarily implies that it found that Mr. Trump forcibly penetrated her vagina," Kaplan wrote, calling it the "only remaining conclusion."

Kaplan also noted that the verdict form did not ask the jury to decide exactly what conduct Trump had committed, and that neither prosecutors nor Trump's



"only remaining conclusion."

Kaplan also noted that the verdict form did not ask the jury to decide exactly what conduct Trump had committed, and that neither prosecutors nor Trump's lawyers had requested it to do so.

"Mr. Trump's attempt to minimize the sexual abuse finding as perhaps resting on nothing more than groping of Ms. Carroll's breasts through her clothing is frivolous," Kaplan wrote.

He added that the jury clearly found that Trump had " 'raped' her in the sense of that term broader than the New York Penal Law definition."

The motion was a part of Trump's efforts to appeal the verdict against him. That's an effort that will apparently continue as he faces a separate defamation lawsuit from Carroll, dealing with claims Trump made about her allegations while he was still president.

But for now, Trump's effort to push back has led to a rather remarkable clarification that severely undercuts his main talking point.

Share    1019 Comments



By Aaron Blake
Aaron Blake is senior political reporter, writing for The Fix. A Minnesota native, he has also written about politics for the Minneapolis Star Tribune and The Hill newspaper. Twitter



NEWSLETTER | FRIDAYS
**Fact Checker**
Count the pinocchios: A weekly review of what's true, false or in-between in politics, from The Post's famous fact-checking team.

Sign up

Recommended for you    Recommended by Outbrain







NEWSLETTER | FRIDAYS
**Fact Checker**
Count the pinocchios: A weekly review of what's true, false or in-between in politics, from The Post's famous fact-checking team.


Sign up

Recommended for you                    Recommended by Outbrain


Sponsored
**Mac Users Didn't Know This Simple Trick To Block All...**
Removing ads is the first step in having a faster...
Safe Tech Tips


Sponsored
**[Gallery] Carly Simon Finally Confirms Who...**
DailyChoices


Sponsored
**Peripheral Neuropathy: New Gadget Gives Yo...**
Neuropathy Remedies


Sponsored
**Here's how a crafty woman cuts**


Sponsored
**[Gallery] 27 Awkward Photos … Must Be…**


Sponsored
**[Story] Millionaire Laughs At Poor Family In...**
Investing Magazine


FOR YOU
On a D.C. sidewalk, a race to save a Marine general's life

### MOST READ

**1** What actually happens within your lawn when you don't mow it

**2** On a D.C. sidewalk, a race to save a Marine general's life

**3** Biden's weapons sales to Israel breach legal limits, former officials say

**4** Live updates: Witness testimony continues in Trump's hush money trial

**5** Opinion | Trump might not go to jail, but this trial is a close second



**Sponsored**

**Here's how a crafty woman cuts her electricity bi...**
Smart Energy



**Sponsored**

**[Gallery] 27 Awkward Photos That Must Be...**
DailyChoices



**Sponsored**

**[Story] Millionaire Laughs At Poor Family In...**
Investing Magazine

5 **Opinion** | Trump might not go to jail, but this trial is a close second

In order to comment, please visit your account settings to verify your email address and set a display name.

Company — About The Post, Newsroom Policies & Standards, Diversity & Inclusion, Careers, Media & Community Relations

Get The Post — Manage Your Subscription, Gift Subscriptions, Mobile & Apps, Newsletters & Alerts, Washington Post Live, Reprints & Permissions, Post Store, e-Books, Print Archives (Subscribers Only)

Contact Us — Contact the Newsroom, Contact Customer Care, Contact the Opinions Team, Advertise, Licensing & Syndication, Request a Correction, Send a News Tip, Report a Vulnerability

Terms of Use — Digital Products Terms of Sale, Print Products Terms of Sale, Terms of Service, Privacy Policy, Cookie Settings, Submissions & Discussion Policy, RSS Terms of Service, Ad Choices

Document title: Judge clarifies: Yes, Trump was found to have raped E. Jean Carroll - The Washington Post
Capture URL: https://www.washingtonpost.com/politics/2023/07/19/trump-carroll-judge-rape/
Capture timestamp (UTC): Fri, 10 May 2024 15:34:02 GMT
Page 6 of 7

**Here's how a crafty woman cuts her electricity bi...**
Smart Energy

**[Gallery] 27 Awkward Photos That Must Be...**
DailyChoices

**[Story] Millionaire Laughs At Poor Family In...**
Investing Magazine



In order to comment, please visit your *account settings* to verify your email address and set a display name.

## Comments

*This conversation is moderated according to The Post's community rules. Please* read the rules *before joining the discussion. If you're experiencing any technical problems, please* contact our customer care team.

**Comments are now closed.**

All Comments 1k     Sort by: Newest

**K1l7s2**  10 months ago

How in the world can white evangelicals and conservative catholics support a convicted rapist! We, "real" christians must forcefully denounce our fellow white evangelicals and conservative catholics who support the former, failed president. It is time that we publicly stand up, and tell America that we as christians are embarassed, ashamed, in total disagreement and totally fed up with our fellow christians who support the convicted rapist. Otherwise, we are accomplices. DENOUNCE, DENOUNCE and DENOUNCE these false prophets who are in the millions in the USA.

**Plumberpierce**  10 months ago

Seems arbitrary to base the decision on the new definition of "rape" by the American Psychological Association and the Justice Department, "When the New York penal code's definition is much narrower" didn't the jury use the New York statute as their guide for conviction? The judge now broadens the definition outside his legal bounds, most likely out of personal malice.

**fordth**  10 months ago

Funny what fat ugly white guys think they can get away with

**Lady Emsworth**  10 months ago

You really do have to wonder exactly WHAT trump would have to do before the GOP finally said "We're really sorry, Sir, and please don't [...] use you know how much we all love [...] - you can't run for President. We