UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number 24-cv-21050-CMA

PRESIDENT DONALD J. TRUMP, an individual,

Plaintiff,

v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

Defendants.



FILED BY ___MC___ D.C.

MAY 15 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF AUDIOVISUAL EXHIBIT

Pursuant to the Court's order of May 10, 2024 (D.E. 23), Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos hereby conventionally file a USB flash drive containing the video exhibit referenced in Defendants' Motion to Dismiss and Incorporated Memorandum of Law (D.E. 24) and annexed to the Declaration of Nathan Siegel in Support of Defendants' Motion to Dismiss Complaint (D.E. 25) as Exhibit 3.

Dated: May 14, 2024

Respectfully Submitted,

*/s/ Rachel E. Fugate*

**SHULLMAN FUGATE PLLC**

Rachel E. Fugate (Florida Bar No. 144029)
rfugate@shullmanfugate.com
Minch Minchin (Florida Bar No. 1015950)
mminchin@shullmanfugate.com
2101 Vista Parkway Suite 4006
West Palm Beach, Florida 33411
(813) 935-5098

**DAVIS WRIGHT TREMAINE LLP**

Nathan Siegel (pro hac vice)
1301 K Street NW, Suite 500
Washington, DC 20005
Phone: 202-973-4237
Email: nathansiegel@dwt.com

Elizabeth A. McNamara (pro hac vice)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com

*Attorneys for Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos*

### Certificate of Service

Pursuant to S.D. Fla. CM/ECF Administrative Procedure 3(k)(4), the undersigned hereby certifies the foregoing was served on May 13, 2024 and the above-referenced USB flash drive was served on May 10, 2024, on all counsel of record via FedEx.

*/s/ Rachel E. Fugate*
*Attorney for Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos*



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.