UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

| | |
|---|---|
| PRESIDENT DONALD J. TRUMP, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,<br><br>Defendants. | Case No.: 1:24-cv-21050-CMA |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN DEADLINES ASSOCIATED WITH DEFENDANTS' MOTION TO DISMISS AND INCORPORATED MEMODANDUM OF LAW [DE 24]**

This cause, having come before this Court upon Plaintiff President Donald J. Trump ("Plaintiff") and Defendants American Broadcasting Companies, Inc., ABC News, Inc. and George Stephanopoulos' ("Defendants") Motion to Extend Certain Deadlines Associated with Defendants' Motion to Dismiss and Incorporated Memorandum of Law [DE 27], and the Court having reviewed the file and the pleadings, being aware of the parties' agreement and being fully advised in the premises, it is hereby ORDERED AND ADJUDGED that:

1. The Motion is hereby GRANTED.

2. The new deadlines are as follows:

| | **Deadline** |
|---|---|
| **Plaintiff's Response to Motion to Dismiss [D.E. 24]** | *June 7, 2024* |
| **Defendants' Reply to Motion to Dismiss [D.E. 24]** | *July 21, 2024* |

DONE AND ORDERED in Chambers in Miami, Florida, this ____ day of May, 2024.

_____
Cecilia M. Altonaga
CHIEF UNITED STATES DISTRICT JUDGE