UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21050-CIV-ALTONAGA/Reid

**PRESIDENT DONALD J. TRUMP**,

    Plaintiff,
v.

**AMERICAN BROADCASTING COMPANIES, INC.**; *et al.*,

    Defendants.
_____/

### ORDER

THIS CAUSE came before the Court on the parties' Joint Motion to Extend Certain Deadlines Associated with Defendants' Motion to Dismiss and Incorporated Memorandum of Law [ECF No. 27]. No good cause, let alone any reason, is given for the requested time extensions. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 27] is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 23rd day of May, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record