UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-21050-CMA

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

vs.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

    Defendants.
_____

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Richard C. Klugh appears as co-counsel for plaintiff, President Donald J. Trump.

                        Respectfully submitted,

                        s/ Richard C. Klugh
                        Richard C. Klugh, Esq.
                        Fla. Bar No. 305294
                        40 N.W. 3rd Street, PH1
                        Miami, Florida 33128
                        Tel. (305) 536-1191
                        Fax (305) 536-2170
                        E-Mail rklugh@klughlaw.com