UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number 24-cv-21050-CMA/LMR

PRESIDENT DONALD J. TRUMP, an individual,

        Plaintiff,

   v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

        Defendants.

## NOTICE OF HEARING

Defendants the American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos (collectively, "Defendants"), by and through their undersigned counsel, respectfully submit this Notice of Hearing regarding the discovery hearing scheduled before Judge Lisette M. Reid on November 27, 2024 at 9:30 a.m. (*see* Dkt. 41). The subject of the hearing is the following issue:

1. Whether a protective order should be entered to govern the disclosure of confidential discovery material produced in this litigation.

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel certifies that counsel for Defendants conferred with Plaintiff's counsel, and Plaintiff does not agree to the relief requested. On November 12, 2024, counsel for Plaintiff informed counsel for Defendants that Plaintiff would not consent to a protective order. Counsel conferred again about this matter on November 14, 2024 by phone but were unable to resolve this dispute.

Dated: November 25, 2024

                                        Respectfully Submitted,

                                        PODHURST ORSECK, P.A.

                                        /s/ Ricardo M. Martínez-Cid
Ricardo M. Martínez-Cid
(Florida Bar No. 383988)
2525 Ponce de Leon, Suite 500
Coral Gables, Florida 33134
Telephone: (305) 358-2800
Email: RMCTeam@podhurst.com

SHULLMAN FUGATE PLLC

Rachel E. Fugate
Rachel E. Fugate (Florida Bar No. 144029)
rfugate@shullmanfugate.com
Minch Minchin (Florida Bar No. 1015950)
mminchin@shullmanfugate.com
2101 Vista Parkway Suite 4006
West Palm Beach, Florida 33411
Telephone: (813) 935-5098

DAVIS WRIGHT TREMAINE LLP

Nathan Siegel (*pro hac vice*)
1301 K Street NW, Suite 500
Washington, DC 20005

Telephone: (202) 973-4237
Email: nathansiegel@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Telephone: (212) 489-8230
Email: lizmcnamara@dwt.com

*Attorneys for Defendants American Broadcasting Companies, Inc., ABC News, Inc., and George Stephanopoulos*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on 25th day of November, 2024, on all counsel or parties of record.

`
/s/ *Ricardo M. Martinez-Cid*_____
Ricardo M. Martinez-Cid
Florida Bar No. 383988