UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21050-CIV-ALTONAGA/Reid

**PRESIDENT DONALD J. TRUMP**,

    Plaintiff,
v.

**AMERICAN BROADCASTING COMPANIES, INC.**; *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. On April 30, 2024, the Court entered an Order [ECF No. 21] setting a December 5, 2024 date for mediation and requiring the parties to file a mediation report by December 12, 2024. (*See id.* 1). To date, no mediation report has been filed, and the parties have not requested an extension of time to do so.

Accordingly, it is

**ORDERED** that by **December 16, 2024**, the parties shall submit either a mediation report indicating the results of the December 6, 2024 mediation conference or, if the mediation conference was cancelled, a motion showing good cause to extend the **December 16, 2024 mediation deadline**. (*See* Scheduling Order [ECF No. 19] 2). Failure to comply may result in dismissal of the case without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 13th day of December, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record