UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case Number 24-cv-21050-ALTONAGA/Reid**

PRESIDENT DONALD J. TRUMP,

    Plaintiff,

     v.

AMERICAN BROADCASTING
COMPANIES, INC.; *et al.*,

    Defendants.
_____/

## ORDER FOLLOWING DISCOVERY HEARING

**THIS CAUSE** came before the Court on December 13, 2024, on the parties' discovery disputes. The Court, having heard argument from counsel and being otherwise fully advised in the premises, **ORDERS AND ADJUDGES** as follows:

1. Defendants shall produce all remaining documents (if any) related to Plaintiff's damages, for review by Plaintiff's damages expert, no later than **December 15, 2024**.

2. Plaintiff's deposition will be limited to four hours and shall take place in-person and in this district. Plaintiff's counsel shall schedule the deposition to take place the **week of December 16, 2024**.

3. Defendant George Stephanopoulos' deposition will also be limited to four hours and shall be scheduled to take place the **week of December 16, 2024**. Counsel will meet and confer regarding deposition logistics for the Defendants, including whether they will be remote or in-person.

4. The parties are reminded that the Court "has already granted a lengthy discovery period . . . and, with Election Day now behind us, there is no reason for any further delay." [ECF

No. 40 at 3]. The parties shall continue to meet and confer regarding their remaining discovery disputes.

**DONE AND ORDERED** in Miami, Florida on this 13th day of December, 2024.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **Chief U.S. District Judge Cecilia M. Altonaga**; and
**All Counsel of Record**