UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-cv-21050-CMA

PRESIDENT DONALD J. TRUMP, an individual,

                Plaintiff,

v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

                Defendants.

## JOINT NOTICE OF SETTLEMENT

Plaintiff PRESIDENT DONALD J. TRUMP and Defendants AMERICAN BROADCASTING COMPANIES, INC., ABC NEWS, INC., and GEORGE STEPHANOPOULOS, by and through undersigned counsel, hereby give notice to the Court that the parties have settled this action. The parties have entered into a written settlement agreement, a copy of which is attached hereto.

Date: December 14, 2024                Respectfully submitted,

                                           **BRITO, PLLC**
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071
Fax: 305-440-4385

By: /s/ *Alejandro Brito*
    **ALEJANDRO BRITO**
    Florida Bar No. 098442
    Primary: abrito@britopllc.com
    Secondary: apiriou@britopllc.com
    **IAN MICHAEL CORP**
    Florida Bar No. 1010943
    Primary: icorp@britopllc.com

*Counsel for Plaintiff President Donald J. Trump*

**DAVIS WRIGHT TREMAINE LLP**
1301 K Street NW, Suite 500
Washington, DC 20005
Phone: 202-973-4237

By: /s/ Nathan Siegel
Nathan Siegel (*pro hac vice*)
Email: nathansiegel@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Phone: (212) 489-8230
Email: lizmcnamara@dwt.com

**PODHURST ORSECK, P.A.**
2525 Ponce de Leon, Suite 500
Coral Gables, Florida 33134
Telephone: (305) 358-2800

By: */s/ Ricardo M. Martínez-Cid*
Ricardo M. Martínez-Cid (Florida Bar No. 383988)
Email: RMCTeam@podhurst.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 14, 2024 the foregoing was served via the Court's CM/ECF System upon:

**PODHURST ORSECK, P.A.**
Ricardo M. Martínez-Cid (Florida Bar No. 383988)
2525 Ponce de Leon, Suite 500
Coral Gables, Florida 33134
RMCTeam@podhurst.com

**DAVIS WRIGHT TREMAINE LLP**
Nathan Siegel (*pro hac vice*)
1301 K Street NW, Suite 500
Washington, DC 20005
nathansiegel@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
lizmcnamara@dwt.com

*Counsel for Defendants*

By: /s/ *Alejandro Brito*