UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21050-CIV-ALTONAGA/Reid

**PRESIDENT DONALD J. TRUMP**,

    Plaintiff,

v.

**AMERICAN BROADCASTING COMPANIES, INC.**; *et al.*,

    Defendants.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Joint Notice of Settlement [ECF No. 58], filed on December 14, 2024. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case within 60 days.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 15th day of December, 2024.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record