## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

Case Number: 24-cv-21050-CMA

PRESIDENT DONALD J. TRUMP, an individual,

                Plaintiff,

    v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

                Defendants.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff PRESIDENT DONALD J. TRUMP and Defendants AMERICAN BROADCASTING COMPANIES, INC., ABC NEWS, INC., and GEORGE STEPHANOPOULOS, by and through undersigned counsel, hereby stipulate to the dismissal of the above-captioned action with prejudice. The proposed Order is attached hereto as Exhibit "A."

**[LEFT INTENTIONALLY BLANK]**

<div style="display: flex;">

**BRITO, PLLC**
2121 Ponce de Leon Boulevard
Suite 650
Coral Gables, FL 33134
Office: 305-614-4071

By: /s/ *Alejandro Brito*
**ALEJANDRO BRITO**
Florida Bar No. 098442
Primary: abrito@britopllc.com
Secondary: apiriou@britopllc.com
**IAN MICHAEL CORP**
Florida Bar No. 1010943
Primary: icorp@britopllc.com

**DAVIS WRIGHT TREMAINE LLP**
1301 K Street NW
Suite 500
Washington, DC 20005
Office: 202-973-4237

By: /s/ *Nathan Siegel*
**NATHAN SIEGEL** (*pro hac vice*)
Primary: nathansiegel@dwt.com
**ELIZABETH A. MCNAMARA**
1251 Avenue of the Americas
21st Floor
New York, NY 10020
Primary: lizmcnamara@dwt.com

**PODHURST ORSECK, P.A.**
2525 Ponce de Leon
Suite 500
Coral Gables, Florida 33134
Office: (305) 358-2800

By: */s/ Ricardo M. Martínez-Cid*
**RICARDO M. MARTÍNEZ-CID**
Florida Bar No. 383988
Primary: RMCTeam@podhurst.com
*Counsel for Defendants*

</div>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 23, 2024 the foregoing was served via the Court's CM/ECF System upon:

**PODHURST ORSECK, P.A.**
Ricardo M. Martínez-Cid (Florida Bar No. 383988)
2525 Ponce de Leon, Suite 500
Coral Gables, Florida 33134
RMCTeam@podhurst.com

**DAVIS WRIGHT TREMAINE LLP**
Nathan Siegel (*pro hac vice*)
1301 K Street NW, Suite 500
Washington, DC 20005
nathansiegel@dwt.com

Elizabeth A. McNamara (*pro hac vice*)
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
lizmcnamara@dwt.com

*Counsel for Defendants*

By: /s/ *Alejandro Brito*