UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 24-cv-21050-CMA

PRESIDENT DONALD J. TRUMP, an individual,

    Plaintiff,

v.

AMERICAN BROADCASTING COMPANIES, INC., a Delaware corporation, ABC NEWS, INC., a Delaware corporation, and GEORGE STEPHANOPOULOS, an individual,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court upon a Joint Stipulation of Dismissal With Prejudice between Plaintiff PRESIDENT DONALD J. TRUMP and Defendants AMERICAN BROADCASTING COMPANIES, INC., ABC NEWS, INC., and GEORGE STEPHANOPOULOS, (collectively the "Parties") (the "Stipulation"), and the Court, having reviewed the Stipulation, having been advised of the settlement of the Parties, and otherwise being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Stipulation is approved. The above-styled action is hereby dismissed with prejudice with each party to bear their own attorney's fees and costs.

_____
CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record

**EXHIBIT A**